MEMORANDUM OPINION



No. 04-06-00437-CV



SOUTH TEXAS ORTHOPAEDIC AND SPINAL SURGERY ASSOCIATES, P.A.,


Appellant



v.



Theodore DUIGON and Carolyn Duigon,


Appellees



From the 131st Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CI-18300


Honorable Martha Tanner, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: June 6, 2007 


DISMISSED

 Appellant has filed a motion to dismiss this appeal because all matters in dispute between
and among the parties have been fully compromised and settled. The motion contains a certificate
of service to appellees, who have not opposed the motion. Therefore, we grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against the parties
who incurred them.

 PER CURIAM